FILED
JUL 24 2012
[signature] CLERK

Thomas Jensen 2315299
Name and Prisoner/Booking Number

Pennington County Jail
Place of Confinement

307 Saint Joseph ST
Mailing Address

Rapid City, S.D 57701
City, State, Zip Code

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
Western DIVISION

Thomas Jackie Jensen,
(Full Name of Plaintiff)

Plaintiff,

vs.

U.S Department of Justice,
Federal Bureau of Prisons,
Richard W. Schott,

(Full Name of Each Defendant)

Defendants.

Case No. 12-5052
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Thomas Jensen
   Present mailing address: Pennington County Jail 307 St. Joseph ST Rapid City, SD 57701
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

   Institution/city where violation occurred: F.B.O.P P.O. Box 474701 Des Moines IA 50947-00

3. Name of first Defendant: **U.S Dept. of Justice**. The first Defendant is employed as: **Judicial US Goverment** at **Washington DC**.
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **They are the Head office of the prison institutions**.

4. Name of second Defendant: **Federal Bureau of Prisons**. The second Defendant is employed as: **Lock Box officer** at **F.B.O.P P.O.Box 474701 Des Moines IA 50947-0001**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **They are the office who gathers and distributes monies from federal prisoners**.

5. Name of third Defendant: **Richard W. Schott**. The third Defendant is employed as: **Regional Counsel** at **F.B.O.P 400 State Ave Tower II suit 800 Kansas city KS 66101**
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

6. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: _____

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If your answer is "yes," how many lawsuits have you filed? **1**. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit: **Pennington County Jail and Thomas Jensen**
      Plaintiff: **Thomas Jensen**
      Defendants: **Pennington County Jail - Don Holloway, lorie Good, lyn Bowling Mr. Munche Lt. Mcdonald**

b. Court: (If federal court, identify the district; if state court, identify the county.) __Pennington County__
c. Case or docket number: _____
d. Claims raised: __Recieving Mail as a legal right__ _____

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending? __Case was dismissed__
f. Approximate date lawsuit was filed: __July 8 2018__
g. Approximate date of disposition: __September 20 2018__

4. Second prior lawsuit:
    a. Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) ____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

5. Third prior lawsuit:
    a. Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) ____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): Withholding of money in my lock Box account in Des Moines IA

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Prisoner account funds

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   Before I had left Federal Bureau of Prisons, U.S. Medical Center For Federal Prisoners, I had givin a form to my Counselor Williams to have my money taken out and sent to my Father. This was May 10 2012. I have tried many times to get my money sent to me or my Father. I have never recieve any reply or word from them yet

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   I have had mental anguish as in a 2244 case in mental abuse

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.  I felt that I did not have to due to lack of time proceedure.

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.
I would like for the court to motion for request of funds of $273.38 cents. And and a imotional mental anguish of 1,000$ dollars. Due to mental breakdown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-20-12
         DATE                              SIGNATURE OF PLAINTIFF
                                           Thomas Jensen

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.