**FILED**

JAN 2 3 2013

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS JACKIE JENSEN, | ) | Civ. 12-5052-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| U.S. DEPARTMENT OF JUSTICE; | ) | |
| FEDERAL BUREAU OF PRISONS; and | ) | |
| RICHARD W. SCHOTT, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, without

prejudice, for failure to exhaust administrative remedies.

Dated this 23rd day of January, 2013.

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE

ATTEST:

JOSEPH HAAS, CLERK

BY: Summer Wahford

DEPUTY